UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STEPHEN B. WLODARZ, | ) |
| *Petitioner*, | ) Case No. 3:22-cv-88 |
| v. | ) Judge Travis R. McDonough |
| MIKE PARRIS, | ) Magistrate Judge Debra C. Poplin |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT